

# Court of Appeals
# Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

## Court of Appeals No. 12-15-00126-CV

## Trial Court No. FAM 15-0010-392

## In the Interest of T. W., C. W., Jr., W. W., S. W. and D. W., children

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Required Texas.gov efiling fee | $20.00 | Indigent |
| Supreme Court chapter 51 fee | $50.00 | Indigent |
| Filing | $100.00 | Indigent |
| Indigent | $25.00 | Indigent |
| TOTAL: | $195.00 | |

I, Pam Estes, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 20th day of November 2015, A.D.

PAM ESTES, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk